UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDI LECOLE WARD-WHALES,<br><br>Defendant. | 2:02-cr-684-RLH-PAL |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#16) on July 11, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee in the amount listed below:

**Name of Payee:** American Express
**Amount of Restitution:** $3,745.06

**Name of Payee:** Citibank
**Amount of Restitution:** $13,496.57

**Total Amount of Restitution Ordered:** $17,241.63

Dated this _8_ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE